IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                  No. C-10-1486 MMC

CHARLES JACKSON,                             **ORDER DISMISSING APPEAL**

    Debtor

_____/

On March 30, 2010 debtor Charles Jackson filed in the Bankruptcy Court a notice of appeal from an Order for Rule 2004 Examination, which order was "entered" on March 10, 2010. (See Order for Rule 2004 Examination.)

Under the Federal Rules of Bankruptcy Procedure, a "notice of appeal shall be filed with the clerk within 14 days of the date of the entry of the judgment, order, or decree appealed from." See Fed. R. Bankr. P. 8002(a). "An untimely notice deprives the district court of jurisdiction to review the bankruptcy court's order or judgment." In re Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980).

Here, as noted, the Order for Rule 2004 Examination was entered on March 10, 2010, and, consequently, the notice of appeal is untimely, having been filed more than 14 days thereafter.

Accordingly, the instant appeal is hereby DISMISSED for lack of jurisdiction.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 12, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge